**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 322 EAL 2014
                                : 
              Respondent         : Petition for Allowance of Appeal from the
                                : Order of the Superior Court
                                : 
         v.                      : 
                                : 
                                : 
                                : 
CORRINE L. HOUSTON,              : 
                                : 
              Petitioner         : 


## ORDER


**PER CURIAM**

     **AND NOW**, this 29th day of October, 2014, the Petition for Allowance of Appeal

is **DENIED**.